# SUMMONS IN A CIVIL ACTION

**1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

JULIA DENNIS, for herself and a class

v.

J.C. CHRISTENSEN & ASSOCIATES INC.,
RESURGENT CAPITAL SERVICES LP and
LVNV FUNDING LLC

DOCKET NO.

TO: J.C. Christensen & Associates Inc.
The Corporation Company (registered agent)
30600 Telegraph Road, Suite 2345
Bingham Farms MI 48025

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TRACEY CORDES, CLERK

BY: _____ 
(Deputy Clerk)

DATED: _____

(SEAL)

☐ 399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

☐ 229 Federal Building
202 W. Washington St.
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

**2. RETURN OF SERVICE**

Service of the Summons and Complaint was made by me.***

DATE: _____

Name of Server (print): _____  Title: _____

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**3. STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

*** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

4/2005